UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24 cr 32 SDM-TGW
18 U.S.C. § 2252(a)(1)
(Transportation of Child Pornography)

JASON ALAN WACKER

18 U.S.C. § 2252(a)(4)(B)
(Access with Intent to View Child Pornography)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Transportation of Child Pornography)**

JAN 23 2024 PM 2:49
FILED - USDC - FLMD - TPA

On or about May 16, 2023, in the Middle District of Florida, and elsewhere, the defendant,

JASON ALAN WACKER,

did knowingly transport and ship, and attempt to transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, and the defendant had a prior conviction for transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(1), and possession of and knowingly accessing with intent to view child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

In violation of 18 U.S.C. § 2252(a)(1) and (b)(1).

## COUNT TWO
### (Access with Intent to View Child Pornography)

From an unknown date but no later than on or about July 19, 2023, in the Middle District of Florida, the defendant,

JASON ALAN WACKER,

did knowingly possess and access with intent to view matters, that is, a Motorola Moto G cellular phone, which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age, and the defendant had a prior conviction for transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(1), and possession of and knowingly accessing with intent to view child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

All in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2252(a), the defendant,

JASON ALAN WACKER, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

 a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

 b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

 c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following: a Motorola Moto G cellular phone, serial number ZY22FSPHCV, and Samsung cellular phone, model SM-A546U1.

4. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Courtney H. Derry
Assistant United States Attorney

By: _____
Stacie B. Harris
Assistant United States Attorney
Chief, Special Victims Section

FORM OBD-34
January 24

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

JASON ALAN WACKER

INDICTMENT

Violations: 18 U.S.C. § 2252(a)(1);
18 U.S.C. § 2252(a)(4)(B)

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of January 2024.

_____
Clerk

Bail $_____

GPO 863 525