# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:24-cr-00032-SDM-TGW

**JASON WACKER.**

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, Jason Wacker, by and through undersigned counsel, pursuant to 18 U.S.C. § 3161(h)(7) and Rule 3.08 of the Local Rules of the United States District Court for the Middle District of Florida, hereby moves this Honorable Court to continue the trial in this matter currently scheduled for the March 2024 Trial Term to the May Trial Term. The government does not oppose this motion. As grounds in support thereof, Mr. Wacker states the following:

1. On January 23, 2024, Mr. Wacker was indicted with two counts of child exploitation. (Doc 1) He made his initial appearance on February 1, 2024. (Doc 14)

2. This matter is currently scheduled for trial in the March 2024 Trial Term.

3. Discovery has not been produced.

4. Undersigned counsel seeks additional time in order for discovery

to be produced and for it to be reviewed.

5. Undersigned counsel has conferred with Assistant United States Attorney Courtney Derry, who on behalf of the government, has no objection to this motion.

For the above reasons and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), Mr. Wacker respectfully requests a continuance of this case to the May Trial Term.

Respectfully submitted,

A. FITZGERALD HALL
FEDERAL DEFENDER

*/s/Kathleen M. Sweeney*
Kathleen M. Sweeney, Esq.
Assistant Federal Defender
Indiana Bar 2192-49
400 North Tampa Street,
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Kathleen_sweeney@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 16, 2024, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to:

AUSA Courtney Wacker

*/s/Kathleen M. Sweeney*
Kathleen M. Sweeney, Esq.