UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 8:24-cr-32-SDM-TGW

JASON ALAN WACKER

### JOINT STATUS REPORT

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order on February 1, 2024, the United States herein states as follows:

1.   **Brief summary of the case's status:**

On January 23, 2024, a federal grand jury returned a two-count indictment charging defendant Jason Alan Wacker with transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(1); and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). Doc. 1. On February 1, 2024, Wacker made his initial appearance and was detained pending trial. Doc. 17. Initial discovery was provided on February 6, 2024. The case is currently scheduled for the July trial term. Doc. 24.

2.   **Possibility of a plea agreement as to each defendant:**

The United States and the defense are discussing a possible plea agreement.

3.   **Number of days required for trial, for government's case-in-chief:**

The parties anticipate this case will take approximately two days to try, including jury selection.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions.

5. **Potential speedy trial problems:**

This case is set for the July 2024 trial calendar. Doc. 24. Time through August 4, 2024 is "excludable time" under 18 U.S.C. § 3161(h). *Id.* Defense counsel will be filing a motion to continue the case to the September trial term to have more time to review the results of a recent evidence viewing with the defendant.

The United States has consulted with counsel for the defendant herein and both parties agree to the above information.

          Respectfully submitted,

          ROGER B. HANDBERG
          United States Attorney

By:    /s/ *Courtney H. Derry*
        Courtney H. Derry
        Assistant United States Attorney
        Florida Bar No. 41125
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Courtney.Derry@usdoj.gov

U.S. v. Wacker                                    Case No. 8:24-cr-32-SDM-TDW

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Regine Etienne, Esq.

                                    /s/ *Courtney H. Derry*
                                    Courtney H. Derry
                                    Assistant United States Attorney
                                    Florida Bar No. 41125
                                    400 N. Tampa Street, Suite 3200
                                    Tampa, Florida 33602-4798
                                    Telephone: (813) 274-6000
                                    Facsimile: (813) 274-6358
                                    E-mail: Courtney.Derry@usdoj.gov